IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 10 -** |
| v. | : | DATE FILED: August 2, 2010 |
| **CARLOS JACKSON ESCOLASTICO** | : | VIOLATION: |
| a/k/a "Carlito," | | 18 U.S.C. § 1001(a)(2) |
| a/k/a "Gillermo Sanchez-Martinez," | : | (false statements - 1 count) |
| a/k/a "J.M.R.," | : | |
| a/k/a "Cacu" | | |

# INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. At all times relevant to this information, Immigration and Customs Enforcement ("ICE") was an agency of the executive branch of the United States.

2. From in or around March 2009, until in or around November 2009, defendant CARLOS JACKSON ESCOLASTICO worked as a registered confidential source for ICE in Philadelphia, Pennsylvania.

3. On or about September 16, 2009, in the Eastern District of Pennsylvania, defendant

**CARLOS JACKSON ESCOLASTICO,**

in a matter within the jurisdiction of the Immigration and Customs Enforcement, an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in that defendant ESCOLASTICO advised the Immigration and Customs Enforcement that he had not been involved in any unauthorized

criminal activity while serving as a registered confidential informant, when as the defendant knew, he had participated with others in a break-in of a home in Brooklyn, New York in or about August 2009.

In violation of Title 18, United States Code, Section 1001(a)(2).

*Peter F Schinch for*
ZANE DAVID MEMEGER
**United States Attorney**